IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 01-CR-17-C |
| ABRAHAM T. JUBINAL, | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the charge against defendant Abraham T. Jubinal. The defendant has been charged with health care fraud. This dismissal is based upon the interest of justice.

Respectfully submitted this 22nd day of January, 2009.

ERIK C. PETERSON
United States Attorney

By:   /s/
PETER M. JAROSZ
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

BARBARA B. CRABB
United States District Judge

Dated: January 26, 2009